IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DANIEL MARTIN CREAMER,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                          CASE NO. 1D14-1730

STATE OF FLORIDA,

Appellee.

_____/

Opinion filed July 2, 2014.

An appeal from the Circuit Court for Calhoun County.
Allen L. Register, Judge.

Mark K. McCulloch, Winter Park, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

PADOVANO, WETHERELL, and MAKAR, JJ., CONCUR.